

# NUMBER 13-14-00116-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

## IN RE DAVID ALVAREZ

---

## On Petition for Writ of Mandamus.

---

# ORDER

**Before Justices Rodriguez, Garza, and Perkes**
**Order Per Curiam**

Relator, David Alvarez, filed a petition for writ of mandamus on February 21, 2014, through which he seeks to compel the trial court to withdraw an order denying bond and to release relator on a reasonable bond pending the results of the State's appeal in *State of Texas v. Alvarez,* currently docketed in our appellate cause number 13-14-00061-CR. The Court requests the real party in interest, the State of Texas, acting by and through the District Attorney for Nueces County, Texas, to file a response to the petition for writ

of mandamus on or before the expiration of ten days from today's date. *See* TEX. R. APP. P. 52.8(b).

IT IS SO ORDERED.

PER CURIAM

Do not publish. TEX. R. APP. P. 47.2(b).

Delivered and filed the
25th day of February, 2014.